| | |
|---|---|
| LEVINESS, TOLZMAN & HAMILTON P.A.<br>10451 Mill Run Circle, Suite 500<br>Owings Mills, Maryland 21117<br><br>Plaintiff<br><br>v.<br><br>MYRTLE PLATTENBURG<br>6670 Roberts Court, Apt. 411<br>Glen Burnie, Maryland 21061<br><br>And<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES<br>S/o: The United States Attorney<br>36 S. Charles Street, 4th Floor<br>Baltimore, Maryland 21201<br><br>Defendant | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>BALTIMORE COUNTY<br><br>Case No.:<br>      C-03-CV-23-000318 |

## COMPLAINT FOR INTERPLEADER

Plaintiff LeViness, Tolzman & Hamilton, P.A. by and through the undersigned attorney brings this action for interpleader relief pursuant to Maryland Rule 2-221 against Defendants **Myrtle Plattenburg and United States Department of Health & Human Services** by and through the undersigned attorney:

### PARTIES

1. Plaintiff LeViness, Tolzman & Hamilton P.A. (hereafter, "Plaintiff") is a professional association incorporated under the laws of the State of Maryland with its principal place of business located at 10451 Mill Run Circle, Suite 500, Owings Mills, Maryland 21117.

1

2. Defendant Myrtle Plattenburg (hereinafter, "the Client") was and/or is a client of Plaintiff relative to a motor vehicle crash occurring on October 10, 2016. Ms. Plattenburg has an interest in the interpleader funds as the injured party plaintiff.

3. Defendant United States Department of Health and Human Services has or may have an interest in the interpleader funds by way of statutory lien.

4. Plaintiff is not aware of any other interests in the disputed judgment proceeds.

## NATURE OF INTERPLEADER DISPUTE

5. On October 6, 2017, the Client entered into a written fee agreement with Plaintiff. The material terms relevant to this controversy include the compensation of 40% of the gross recovery and actual costs.

6. On October 3, 2019, suit was filed in the District Court for Anne Arundel County. The case was entitled *Myrtle Plattenburg vs. Joshua Kohut*. (Anne Arundel Dist. Co. No. D-07-CV-19-18560).

7. On October 28, 2021, *Plattenburg vs. Kohut* was tried to verdict. Ms. Plattenburg was awarded the sum of Fifteen Thousand Dollars plus Forty-Six Dollars in costs. ($15,046.00).

8. The judgment proceeds were tendered by the defendant's insurer and secured in Plaintiff's escrow account pursuant to a limited power of attorney and pursuant to Maryland Rule 19-301.15.

9. The judgment proceeds have not been disbursed and remain secured in escrow.

10. After trial, Plaintiff prepared an accounting of the distribution of the settlement proceeds.

11. Defendant Myrtle Plattenburg has constructively refused to agree to the distribution described in paragraph 10.

## COUNT I – INTERPLEADER RELIEF

12. Plaintiff incorporates herein by reference the allegations set forth *supra*.

13. Plaintiff requests that the Court issue an Order of Interpleader as just and proper.

14. Plaintiff requests an Order allowing the following amounts as and for attorney fees and costs in the amount of $6,018.40 (attorney fees) plus $739.64 in necessary case costs.

15. Plaintiff requests an Order allowing the balance of $8,287.96 into Court for distribution as the Court determines to be just and proper.

**WHEREFORE,** Plaintiff LeViness, Tolzman & Hamilton P.A. respectfully requests that this Court issue an Order for Interpleader as set forth *supra*.

LeViness, Tolzman & Hamilton P.A.

_____
Bryan J. Chant, Esquire
CPF 160608007 | MDC 12682 | USDC 19894
10451 Mill Run Circle, Suite 500
Owings Mills, Maryland 21117
T:   410-727-4991
E:   bryan@lthlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF REDACTION

I hereby certify pursuant to MD Rule § 20-201(f)(1) that neither this submission nor any documents filed with it contain any restricted information.

LeViness, Tolzman & Hamilton P.A.

*[signature]*

Bryan J. Chant, Esquire
CPF 160608007 | MDC 12682 | USDC 19894
10451 Mill Run Circle, Suite 500
Owings Mills, Maryland 21117
T:  410-727-4991
E:  bryan@lthlaw.com

*Attorneys for Plaintiff*